Terrance PUCKHAM, Defendant
Below, Appellant,

v.

STATE of Delaware, Appellee.

No. 390, 2015

Supreme Court of Delaware.

Submitted: September 29, 2015.
Decided: November 23, 2015

Court Below—Superior Court of the
State of Delaware, in and for Sussex County, Cr. ID No. 0612007619.

AFFIRMED.

Frederick H. MITCHELL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 196, 2015

Supreme Court of Delaware.

Submitted: September 22, 2015
Decided: November 24, 2015

Court Below—Superior Court of the
State of Delaware, in and for Sussex County, Cr. ID No. 1408007610.

AFFIRMED.

Derrick SEWELL, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 317, 2014

Supreme Court of Delaware.

Submitted: September 30, 2015
Decided: November 25, 2015

Court Below: Superior Court of the
State of Delaware in and for Sussex County, No. 1305008035

AFFIRMED.

Augustus H. EVANS, Jr., Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

Nos. 321/546, 2015

Supreme Court of Delaware.

Submitted: October 21, 2015
Decided: December 1, 2015
Reargument Denied December 8, 2015

Court Below—Superior Court of the
State of Delaware, in and for Sussex County, Cr. ID 0609011528A.

AFFIRMED.